**SIGNED.**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

Dated: November 02, 2010

## Minute Entry



*Hearing Information:*

| | |
|---|---|
| **Debtor:** | LEONARDO ROBINSON |
| **Case Number:** | 2:10-bk-22383-RJH    **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 01, 2010 10:00 AM 6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

*Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY COLONIAL SAVINGS

**R / M #:** 35 / 0

*Appearances:*

CHRISTOS AGRA, ATTORNEY FOR LEONARDO ROBINSON
DARYL DORSEY, ATTORNEY FOR MOVANT

*Proceedings:*

Mr. Dorsey reviewed the numerous case filings by the debtor and urged the Court to grant stay relief.

Mr. Agra responded.

COURT: IT IS ORDERED DENYING THE MOTION FOR RELIEF FROM THE STAY AS MOOT BECAUSE THE COURT FINDS AND CONCLUDES NO AUTOMATIC STAY TOOK EFFECT ON THE FILING OF THIS CASE SINCE IT WAS THE THIRD CASE FILED WITHIN A YEAR. CONSEQUENTLY, COLONIAL SAVINGS MAY PROCEED WITH ITS FED ACTION OR ANY OTHER STATE COURT REMEDY.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE